

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-11-00722-CV

**EIGHT THOUSAND ONE HUNDRED TWENTY DOLLARS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10364
Honorable Michael Peden, Judge Presiding

Opinion by: Karen Angelini, Justice

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Delivered and Filed: January 2, 2013

AFFIRMED

This appeal stems from a forfeiture proceeding concerning Charles Matt Henry's interest in eight thousand one hundred twenty dollars. In the underlying forfeiture proceeding, the State filed a motion for summary judgment with supporting evidence. Henry did not file a response. The trial court then granted summary judgment. Henry now appeals.

In his first issue, Henry argues that the officers discovered the money at issue in this case only after unlawfully entering his motel room. Henry, however, has not preserved this complaint for review. While Henry did file in the trial court a motion to suppress evidence and a motion to

dismiss for insufficient evidence, he failed to present the motion to the trial court for a ruling. *See* TEX. R. APP. P. 33.1. We therefore hold that Henry failed to preserve this issue for appeal.

In his second issue, Henry complains that he was not present during the summary judgment hearing in violation of his due process rights. The summary judgment states that Henry appeared at the summary judgment hearing. *See Ins. Co. of Pa. v. Orosco*, 170 S.W.3d 129, 134 (Tex. App.—San Antonio 2005, no pet.) (explaining that an appellate court presumes the regularity of recitals in a judgment absent controverting evidence). In its findings of fact, the trial court found that Henry appeared by telephone at the summary judgment hearing. Henry claims that he did not appear by telephone. However, there is nothing in the appellate record to support his claim. We therefore overrule Henry's second issue and affirm the judgment of the trial court.

Karen Angelini, Justice